UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-81145-CIV-ALTMAN/Brannon

**TYESHIA REED** and
**JACQUELINE MCCARTHY,**

    *Plaintiffs*,
**vs.**

**INCOL, LLC,**

    *Defendant*.
_____/

**ORDER**

**THIS MATTER** comes before the Court on the Parties' Joint Notice of Compliance and Settlement [ECF No. 82]. The Court hereby **ORDERS AND ADJUDGES** as follows:

1. The above-styled action is administratively **CLOSED** without prejudice to the parties to file a stipulation of dismissal on or before **October 15, 2020**.

2. If the parties fail to complete the expected settlement, any party may ask the Court to reopen the case.

3. All pending deadlines and hearings are **TERMINATED**, and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 16th day of September 2020.

                                                                     _____
                                                                   **ROY K. ALTMAN**
                                                                   **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record