**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 19-81145-CIV-ALTMAN/Brannon**

**TYESHIA REED** and
**JACQUELINE MCCARTHY,**

    *Plaintiffs*,

vs.

**INCOL, LLC,**

    *Defendant*.

_____/

**ORDER OF DISMISSAL**

**THIS MATTER** is before the Court on the parties' Joint Stipulation of Dismissal with Prejudice [ECF No. 84]. Being fully advised, the Court hereby **ORDERS AND ADJUDGES** as follows:

1. This action is **DISMISSED with prejudice**.

2. The Clerk of Court is directed to **CLOSE** this case. All pending deadlines and hearings are **TERMINATED**, and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 23rd day of November 2020.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record