IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
(WEST PALM BEACH, FLORIDA)

TYHESIA REED, and
JACQUELINE McCARTHY

*On Behalf of Themselves and All
Other Similarly Situated Individuals*

PLAINTIFFS,

    v.                                      Case No.: 9:19-cv-81145-RKA

INCOL, LLC d/b/a THE ROSE GENTLEMAN'S
CLUB d/b/a FLASHDANCE,

DEFENDANT.
_____

## MOTION TO REOPEN CASE AND FOR ENTRY OF JUDGMENT

PLAINTIFFS, by and through the undersigned attorneys, and pursuant to the Court's Order (Dkt #83), hereby requests the Court to reopen the case and enter Judgment in favor of the plaintiffs, and states:

1. The parties reached a compromised settlement which was reduced to writing and signed by the Defendant on October 19, 2020. See, Exhibit "A," attached hereto, incorporated by reference herein and made a part hereof.

2. The agreement, in pertinent part, provides as follows:

    If Defendant fails to make and deliver any Installment Payment, in full, by the due date for the payment, Defendant shall be in Default of the Agreement. In such an event, counsel for Plaintiffs will notify counsel for Defendant by electronic mail of the Default and provide Defendant an opportunity to cure the Default. Following electronic mail notice to Defendant's counsel, Defendant shall have five (5) days to cure the default by paying and delivering the delinquent balance in full. In the event the Default is not cured, **Defendant consents to judgment in the amount of the entire outstanding balance due under the Agreement at the time of Default, plus an agreed upon liquidated damages sum of Five Thousand Dollars and Zero Cents ($5,000.00), in full**. (emphasis added).

3. Defendant has been slow to pay from the inception of the agreement. The latest incident occurring on or about March 12, 2021. On March 30, 2021, after more than ample time to pay and email correspondence between opposing counsel regarding the lack of payment, Defendant's counsel was formally notified of the failure of the Defendant to make the agreed upon payment, and pursuant to the Agreement, defense counsel was being provided the required notice of intent to enforce the above quoted provisions, and providing the five (5) day notice period to cure the failure to pay. See, Exhibit "B," attached hereto, incorporated by reference herein and made a part hereof.

4. The five (5) day notice period to cure the default has come and gone without a cure of the default/failure to make the appropriate installment as agreed by the parties.

5. On or about December 12, 2020, Defendant made the first payment. Pursuant to the terms of Exhibit "A," payments should have been received on January 12, 2021, February 12, 2021, March 12, 2021 and April 12, 2021, each payment in the agreed amount of Two Thousand Dollars 00/XX ($2,000.00).

6. Up to the time of the filing of this motion, Defendant should have made payments totaling Eleven Thousand Dollars 00/XX ($11,000.00), but has only paid a total of Seven Thousand Dollars 00/XX ($7,000.00). Accordingly, the outstanding amount remaining to be paid is Eighteen Thousand Dollars 00/XX ($18,000.00).

7. Also pursuant to Exhibit "A," the Court should add an additional Five Thousand Dollars 00/XX ($5,000.00) as and for agreed upon liquidated damages in the event of a non-payment by the Defendant under the agreement.

8. Plaintiffs are entitled to a money judgment against Defendant in the total amount of Twenty-Three Thousand Dollars 00/XX ($23,000.00) as the direct result of the Defendant's failure to make the payments in a timely manner as was required by the settlement agreement, Exhibit "A."

WHEREFORE, Plaintiff's request that the Court enter judgment in their favor and against Defendant for the total sum of Twenty-Three Thousand Dollars 00/XX ($23,000.00) for which let execution issue.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 15th day of April, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: Robert B. Resnick, Esq. (**robres@bellsouth.net**) counsel for the Defendant.

Respectfully submitted,

/s/ David B. Sacks
David B. Sacks, FL Bar No. 964409
Law Office of David B. Sacks
4494 Southside Blvd., #101
Jacksonville, Florida 32216
(904) 634-1122(ph)
(904) 355-8855 (fax)
Email: david@lawofficejacksonville.com

Gregg C. Greenberg, MD Fed. Bar No. 17291
Zipin, Amster & Greenberg, LLC
8757 Georgia Avenue, Suite 400
Silver Spring, Maryland 20910
(301) 587-9373 (ph)
Email: GGreenberg@ZAGFirm.com

*Counsel for Plaintiff and the Class / Collective*

4